IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN ALFRED EVANS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. 04-0809-WS |
| v. | ) | |
| | ) | CRIMINAL ACTION NO. 03-00120 |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter is before the Court on the petitioner's "Motion Seeking Respondent to Comply with Courts [sic] Order to Answer." (Doc. 55). The petitioner acknowledges he received the respondent's answer, (Doc. 47), but he complains that the answer is vague and ambiguous and does not adequately address his claim that he was improperly sentenced as an armed career criminal. He requests the Court to compel the respondent to file and serve an amended answer correcting these perceived defects, which request the Court construes as a motion.

The Court has reviewed the respondent's answer and finds it perfectly clear and adequate. The respondent argues that the petitioner cannot complain of being sentenced as an armed career criminal because he waived his right to appeal his sentence. The respondent grumbles that the respondent did not address the merits of his argument that two of his prior convictions did not meet the requirements for consideration for purposes of sentencing as an armed career criminal. The respondent's position, however, is that the petitioner waived his right to challenge his sentence, and this position, if correct, would render irrelevant the merits of the respondent's argument. The petitioner's motion to compel the respondent to file an amended answer is **denied**.

The respondent filed its answer on March 4, 2005. The petitioner requested and received an extension to June 6, 2005 in which to file his reply. (Doc. 52). The petitioner failed to do so, filing instead the present meritless motion. The petitioner is **ordered** to file and serve any reply on or before **June 27, 2005**. No further requests for extension of time will be entertained absent the most

extraordinary circumstances.

       DONE and ORDERED this 6th day of June, 2005.

                                                <u>s/ WILLIAM H. STEELE</u>
                                                UNITED STATES DISTRICT JUDGE